No. 23-20171

In the United States Court of Appeals
for the Fifth Circuit

Roy Hollis, In His Official Capacity As the Chief Executive Officer of Houston Behavioral Healthcare Hospital LLC,
Defendant– Appellant,

v.

Disability Rights Texas
Plaintiff – Appellee.

On Appeal from the United States District Court for the
Southern District of Texas, Houston Division
(No. 4:22-CV-121)
Honorable Keith Ellison, District Judge

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME ON HIS REPLY BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Roy Hollis, in his Official Capacity as the Chief Executive Officer of Houston Behavioral Healthcare Hospital LLC ("HBHH"), Appellant, respectfully files this unopposed request for a 30-day extension of the deadline for filing its reply brief.

1. This is HBHH's first request for an extension of time. HBHH offers the following grounds for this request, based on (1) the number of amicus briefs filed in the past two weeks.

*Amici Briefs*

2. In the past several weeks, various organizations have filed an amicus brief that HBHH must review in order to better prepare a reply brief that fully encompasses all arguments being made. The amici briefs have continued to be filed as recently as yesterday. HBHH needs time to review the amici briefs and provide a full and complete reply brief to this Court.

**PRAYER**

For these reasons, HBHH respectfully requests a 30-day extension for the filing of its reply brief, until November 15, 2023.

    Respectfully submitted,

    **HUSCH BLACKWELL LLP**

    */s/ Sophia M. George*
    Sophia M. George
    State Bar No. 24106739
    sophia.george@huschblackwell.com
    Jeffery T. Nobles
    State Bar No. 15053050
    jeff.nobles@huschblackwell.com

600 Travis Street, Suite 2350
Houston, Texas 77002
T (713) 525-6239
F (713) 647-6884

**COUNSEL FOR APPELLANT**

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with opposing counsel, and this motion is unopposed.

*/s/ Sophia M. George*
Sophia M. George

## CERTIFICATE OF SERVICE

I certify that this document was electronically filed on October 12, 2023, with the Clerk of the Court using the Court's CM/ECF system, which provided a copy to all counsel of record.

*/s/ Sophia M. George*
Sophia M. George